# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAIT FUNDING, LLC, a Delaware limited partnership, *et al.*[1] | Case No. 19-11915 (BLS) (Joint Administration Requested) |
| Debtors. | |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS[2]

A. <u>Voluntary Petitions</u>:

    1.    RAIT Funding, LLC

    2.    RAIT Financial Trust

    3.    RAIT General, Inc.

    4.    RAIT Limited, Inc.

    5.    Taberna Realty Finance Trust

    6.    RAIT JV TRS, LLC

    7.    RAIT JV TRS Sub, LLC

B. <u>First Day Declaration</u>:

    8.    Declaration of John J. Reyle, in Support of Debtors' Chapter 11 Petitions and Requests for First-Day Relief [Docket No. 7; filed 9/2/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870). The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

[2] Upon receiving the date and time of the first day hearing (the "<u>First Day Hearing</u>") from the assigned Judge's chambers, the above-captioned debtors will file and serve a notice of the First Day Hearing in accordance with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/RAIT.

119558467.1

C.      <u>First Day Motions</u>:

9. Debtors' Motion for Order Authorizing (I) Joint Administration and (II) Filing of A Consolidated Creditor Matrix [Docket No. 2; filed 9/2/19]

10. Debtors' Application for Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, Effective As of the Petition Date [Docket No. 3; filed 9/2/19]

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Suspending the Requirements Contained in Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief [Docket No. 4; filed 9/2/19]

12. Debtors' Motion for Interim and Final Orders Authorizing Them to Pay Prepetition Employee Wages and Other Compensation, Benefits, Business Expenses, and Related Items [Docket No. 5; filed 9/2/19]

13. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment and (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment [Docket No. 6; filed 9/2/19]

<table>
<tr><td>Dated: September 2, 2019<br>Wilmington, Delaware</td><td>**DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@dbr.com<br>Joseph.Argentina@dbr.com<br><br>-and-<br><br>Michael P. Pompeo (*pro hac vice* pending)<br>Brian P. Morgan (*pro hac vice* pending)<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Tel: (212) 248-3140<br>Fax: (212) 248-3141<br>Michael.Pompeo@dbr.com<br>Brian.Morgan@dbr.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession*</td></tr>
</table>

119558467.1