# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re:<br><br>RAIT FUNDING, LLC,<br>a Delaware limited liability company<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-11915 (BLS)<br><br>Tax I.D. No. 33-1119983<br><br>**Ref. Docket No. 2** |
| In re:<br><br>RAIT FINANCIAL TRUST,<br>a Maryland real estate investment trust,<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-11916 (BLS)<br><br>Tax I.D. No. 23-2919819 |
| In re:<br><br>RAIT GENERAL, INC.,<br>a Maryland corporation<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11917 (BLS)<br><br>Tax I.D. No. 23-2919987 |
| In re:<br><br>RAIT LIMITED, INC.,<br>a Maryland corporation<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11918 (BLS)<br><br>Tax I.D. No. 23-2919773 |
| In re:<br><br>TABERNA REALTY FINANCE TRUST,<br>a Maryland real estate investment trust,<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-11919 (BLS)<br><br>Tax I.D. No. 20-2431122 |

120340445.1

| | |
|---|---|
| In re: | Chapter 11 |
| RAIT JV TRS, LLC,<br>a Delaware limited liability company | Case No. 19-11920 (BLS) |
| Debtor. | Tax I.D. No. 81-3943190 |
| In re: | Chapter 11 |
| RAIT JV TRS SUB, LLC,<br>a Delaware limited liability company | Case No. 19-11921 (BLS) |
| Debtor. | Tax I.D. No. 38-4014870 |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon the motion (the "Motion")[1] filed by the above-captioned Debtors for entry of an order under Bankruptcy Rules 1001, 1007 and 1015 and Local Rules 1001-1(c) and 1015-1 authorizing (i) the joint administration of the Debtors' chapter 11 cases for procedural purposes only, and (ii) the filing of a consolidated creditor matrix in lieu of separate mailing matrices for each Debtor; and it appearing that (i) the Court has jurisdiction over these chapter 11 cases and the Motion under 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012, (ii) venue of these chapter 11 cases and the Motion in this Court is proper under 28 U.S.C. §§ 1408 and 1409, (iii) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), and the Court may enter a final order consistent with Article III of the United States Constitution, and (iv) notice of the Motion was adequate and proper under the circumstances, and no other or further notice need be given; and the Court having held a hearing to consider the relief requested

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

120340445.1

in the Motion; and upon the record of the hearing and all of the proceedings had before this Court; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 19-11915 (BLS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

4. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

| In re:<br><br>RAIT FUNDING, LLC,<br>a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11915 (BLS)<br>(Jointly Administered) |
|---|---|

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870). The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

5. The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

120340445.1

6. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of RAIT Funding, LLC, Case No. 19-11915 (BLS).

7. A docket entry shall be made in the chapter 11 cases of the Debtors other than RAIT Funding, LLC, substantially as follows:

> An order has been entered in this case consolidating this case with the case of RAIT Funding, LLC, Case No. 19-11915 (BLS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case. 19-11915 (BLS) should be consulted for all matters affecting this case.

8. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

9. The Debtors are authorized to file a consolidated Creditor Matrix.

10. The procedural relief requested in the Motion and granted by this Order is for administrative purposes only, and nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors or their estates.

11. This Order shall take effect immediately upon entry.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implantation, interpretation, and enforcement of this Order.

Dated: Wilmington, Delaware
September 4, 2019

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

120340445.1