# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAIT FUNDING, LLC, a Delaware limited liability company, *et al.*[1] | Case No. 19-11915 (BLS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF RESCHEDULED TIME OF OMNIBUS HEARING

PLEASE TAKE NOTICE that, with the permission of the Bankruptcy Court, the Omnibus Hearing originally scheduled for December 5, 2019 at 10:00 a.m. (ET) has been rescheduled and will now take place on **December 5, 2019 at 9:30 a.m. (ET)**. All matters previously scheduled to be heard on December 5, 2019 at 10:00 a.m. (ET) will now be heard on **December 5, 2019 at 9:30 a.m. (ET),** before the Honorable Brendan L. Shannon in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870). The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

121280148.1

| | |
|---|---|
| Dated: November 25, 2019<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:  (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@dbr.com<br>Joseph.Argentina@dbr.com<br><br>-and-<br><br>Michael P. Pompeo (admitted *pro hac vice*)<br>Brian P. Morgan (admitted *pro hac vice*)<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Tel:  (212) 248-3140<br>Fax:  (212) 248-3141<br>Michael.Pompeo@dbr.com<br>Brian.Morgan@dbr.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |

121280148.1