UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 19-11915 (BLS)

Debtor: RAIT FUNDING, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gordon Z. Novod, Grant & Eisenhofer P.A., 485 Lexington Ave., New York, NY 10017 to represent J.H. Lane Partners, LP in this action.

/s/ Vivek Upadhya (DE Bar. No. 6241)

Firm Name: GRANT & EISENHOFER P.A.
Address: 123 Justison Street
Wilmington, Delaware 19801
Phone: 302-622-7000
Email: vupadhya@gelaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Gordon Z. Novod

Firm Name: GRANT & EISENHOFER P.A.
Address: 485 Lexington Avenue, 29th Floor
New York, New York 10017
Phone: 646-722-8500
Email: gnovod@gelaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 2nd, 2019
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Local Form 105