## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| RAIT FUNDING, LLC,<br>a Delaware limited liability company, *et al.*,[1] | Case No. 19-11915 (BLS)<br>(Jointly Administered) |
| Debtors. |  |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2019 AT 9:30 A.M. (ET)

## I.    CONTESTED MATTERS GOING FORWARD:

1.  Debtors' Motion for Entry of an Order (I) Establishing the Bidding Procedures, Including Approval; of a Break-up Fee and Expense Reimbursement, (II) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, and (III) Granting Relate Relief [Docket No. 53; filed 9/9/19]

    Sale Objection Deadline:  November 18, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Limited Objection of Harvest Equities, Inc. and Its Affiliates, to the Debtors' Motion for Entry of an Order Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, and Granting Related Relief [Docket No. 198; filed 11/18/19]

    B.  Objection of Ad Hoc Committee of Holders of Preferred Equity Issued by RAIT Financial Trust to Debtors' Motion for Approval of the Sale of Substantially all of Its Assets [Docket No. 203; filed 11/18/19]

    C.  J.H. Lane Partners, LP's Omnibus (A) Reply to the Objection to the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870).  The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

[2] **Amended/Added agenda items are noted in bold.**

Motion for an Order Establishing Bidding Procedures and Approving the Sale of Substantially All of the Debtors' Assets, and (B) Objection to the Motions of the Ad Hoc Committee of Holders of Preferred Equity to Terminate Exclusivity and to Appoint an Official Committee of Equity Security Holders [Docket No. 234; filed 12/2/19]

D. Statement of EJF CDO Manager LLC, as Collateral Manager for Kodiak CDO I, Ltd., in Support of Sale Process and Debtors' Plan [Docket No. 244; filed 12/2/19]

E. **Omnibus Response of the Official Committee of Unsecured Creditors in (I) Support of the Debtors' Motion to Sell Substantially All of Their Assets, (II) Opposition to the Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization, and (III) Opposition to the Motion to Appoint an Official Committee of Equity Security Holders [Docket No. 248; filed 12/3/19]**

F. **Debtors' Omnibus (I) Reply to Objections to the Sale Motion and (II) Objection to the *Ad Hoc* Equity Committee's Motions for (A) Termination of Exclusivity and (B) Appointment of an Official Equity Committee [Docket No. 249; filed 12/3/19]**

Related Documents

A. Declaration of Andrew Kramer in Support of the Debtors' Motion for Entry of an Order (I) Establishing the Bidding Procedures, Including Approval of a Break-Up Fee and Expense Reimbursement, (II) Approving the Sale of Substantially All of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (III) Granting Related Relief [Docket No. 114; filed 10/1/19]

B. Order (I) Establishing the Bidding Procedures, Including Approval of a Break-Up Fee and Expense Reimbursement, and (II) Granting Related Relief [Docket No. 126; filed 10/2/19]

C. Notice of Filing of Amendment No. 1 to the Equity and Asset Purchase Agreement [Docket No. 129; filed 10/4/19]

D. Affidavit of Publication of the Notice of Sale of Certain Assets at Auction in *USA Today* [Docket No. 154; filed 10/21/19]

E. Notice of Filing of Proposed Form of Sale Order for Stalking-Horse Sale Transaction [Docket No. 195; filed 11/14/19]

F. Declaration of Kenneth S. Grossman in Support of Objection of Ad Hoc Committee of Holders of Preferred Equity Issued by RAIT Financial Trust to Debtors' Motion for Approval of the Sale of Substantially all of Its Assets [Docket No. 206; filed 11/18/19]

G. Declaration of Andrew E. Gadlin in Support of Objection of Ad Hoc Committee of

121354154.1

Holders of Preferred Equity Issued by RAIT Financial Trust to Debtors' Motion for Approval of the Sale of Substantially all of Its Assets [Docket No. 207; filed 11/18/19]

H.  Notice of Cancellation of Auction and Designation of Stalking Horse Bidder as Winning Bidder [Docket No. 231; filed 11/29/19]

I.  Declaration in Support of the Ad Hoc Committee of Holders of Preferred Equity Issued by RAIT Financial Trust to Debtors' Motion for Approval of the Sale of Substantially All of Its Assets [Filed Under Seal Docket No. 241; filed 12/2/19]

J.  Motion to File Documents Under Seal [Docket No. 242; filed 12/2/19]

K.  Declaration of Matthew Dundon in Support of Objection to the Ad Hoc Committee of Holders of Preferred Equity Issued by RAIT Financial Trust to Debtors' Motion for Approval of the Sale of Substantially All of Its Assets [Filed Under Seal Docket No. 243; filed 12/2/19]

L.  Declaration of Matthew Dundon in Support of Objection to the Ad Hoc Committee of Holders of Preferred Equity Issued by RAIT Financial Trust to Debtors' Motion for Approval of the Sale of Substantially All of Its Assets [Filed as Reformatting Docket No. 243- Docket No. 245; filed 12/2/19]

M.  **The Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust Designation of the Deposition of Alfred Dilmore with Respect to the Proposed Sale of the Debtors' Assets [Docket No. 247; filed 12/3/19]**

N.  **Declaration of Andrew Kramer in Support of the Sale of Substantially All of The Debtors' Assets to CF RFP Holdings LLC [Docket No. 253; filed 12/4/19]**

O.  **Declaration of John J. Reyle in Support of the Sale of Substantially All of the Debtors' Assets of CF RFP Holdings LLC [Docket No. 254; filed 12/4/19]**

Status:  The hearing on this matter is going forward.

2.  Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause [Docket No. 85; filed 9/27/19]

Response Deadline:          October 11, 2019 at 4:00 p.m. (ET); Extended to November 13, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors; Extended to December 3, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Responses Received:

A.  Informal Response from the Official Committee of Unsecured Creditors

121354154.1

B.  United States Trustee's Objection to the Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause (D.I. 85) [Docket No. 228; filed 11/27/19]

Related Documents         None

Status:  The hearing on this matter is going forward.

3.  Debtors' Application to Retain and Employ KPMG LLP as Auditor and Tax Consultant *Nunc Pro Tunc* to September 23, 2019 [Docket No. 184; filed 11/7/19]

Response Deadline:         November 21, 2019 at 4:00 p.m.

Responses Received:

A.  Informal Response from the Office of the United States Trustee

Related Documents

A.  **Certification of Counsel Regarding Order Authorizing Retention and Employment of KPMG LLP as Auditor and Tax Consultants to the Debtors *Nunc Pro Tunc* to September 23, 2019 [Docket No. 250; filed 12/3/19]**

Status:  **On December 3, 2019, the Debtors filed a certification of counsel submitting a revised proposed order regarding this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns**.

4.  Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect Thereof, (V) Setting Confirmation Hearing and Related Deadlines and (VI) Granting Related Relief [Docket No. 192; filed 11/12/19]

Response Deadline:         December 2, 2019 at 4:00 p.m. (ET)

Responses Received:

B.  Informal Response from the Office of the United States Trustee

C.  Informal Response from the Official Committee of Unsecured Creditors

D.  Objection of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect

121354154.1

Thereof, (V) Setting Confirmation Hearing and Related Deadlines and (VI) Granting Related Relief [Docket No. 236; filed 12/2/19]

   E.  Informal Response from Wells Fargo Bank, National Association

  Related Documents

   A.  Debtors' Joint Chapter 11 Plan [Docket No. 139; filed 10/14/19]

   B.  Disclosure Statement for Debtors' Joint Chapter 11 Plan [Docket No. 140; filed 10/14/19]

   C.  Notice of Hearing to Consider Approval of Proposed Disclosure Statement for Joint Chapter 11 Plan of Reorganization of RAIT Funding, LLC and Its Debtors Affiliates [Docket No. 170; filed 10/31/19]

   D.  **Notice of Filing of (I) Blacklines of the Plan and Disclosure Statement and (II) Exhibit C to the Disclosure Statement [Docket No. 252; filed 12/4/19**

  Status:  The hearing on this matter is going forward.

5.  Motion of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization [Docket No. 215; filed 11/21/19]

  Response Deadline:      December 2, 2019 at 12:00 p.m. (ET);

  Response Received:

   A.  J.H. Lane Partners, LP's Omnibus (A) Reply to the Objection to the Debtors' Motion for an Order Establishing Bidding Procedures and Approving the Sale of Substantially All of the Debtors' Assets, and (B) Objection to the Motions of the Ad Hoc Committee of Holders of Preferred Equity to Terminate Exclusivity and to Appoint an Official Committee of Equity Security Holders [Docket No. 234; filed 12/2/19]

   B.  **Omnibus Response of the Official Committee of Unsecured Creditors in (I) Support of the Debtors' Motion to Sell Substantially All of Their Assets, (II) Opposition to the Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization, and (III) Opposition to the Motion to Appoint an Official Committee of Equity Security Holders [Docket No. 248; filed 12/3/19]**

   C.  **Debtors' Omnibus (I) Reply to Objections to the Sale Motion and (II) Objection to the *Ad Hoc* Equity Committee's Motions for (A) Termination of Exclusivity and (B) Appointment of an Official Equity Committee [Docket No. 249; filed 12/3/19]**

<u>Related Documents</u>          None.

<u>Status</u>:  The hearing regarding this matter is going forward.

6.   Motion of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust for Entry of an Order Directing the United States Trustee to Appoint an Official Committee of Equity Security Holders [Docket No. 216; filed 11/21/19]

   <u>Response Deadline</u>:          December 2, 2019 at 12:00 p.m. (ET);

   <u>Response Received</u>:

   A.  J.H. Lane Partners, LP's Omnibus (A) Reply to the Objection to the Debtors' Motion for an Order Establishing Bidding Procedures and Approving the Sale of Substantially All of the Debtors' Assets, and (B) Objection to the Motions of the Ad Hoc Committee of Holders of Preferred Equity to Terminate Exclusivity and to Appoint an Official Committee of Equity Security Holders [Docket No. 234; filed 12/2/19]

   B.  **Omnibus Response of the Official Committee of Unsecured Creditors in (I) Support of the Debtors' Motion to Sell Substantially All of Their Assets, (II) Opposition to the Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization, and (III) Opposition to the Motion to Appoint an Official Committee of Equity Security Holders [Docket No. 248; filed 12/3/19]**

   C.  **Debtors' Omnibus (I) Reply to Objections to the Sale Motion and (II) Objection to the *Ad Hoc* Equity Committee's Motions for (A) Termination of Exclusivity and (B) Appointment of an Official Equity Committee [Docket No. 249; filed 12/3/19]**

   <u>Related Documents</u>          None.

   <u>Status</u>:  The hearing regarding this matter is going forward.

121354154.1

Dated: December 4, 2019
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel:  (302) 467-4200
Fax: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

-and-

Michael P. Pompeo (admitted *pro hac vice*)
Brian P. Morgan (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Tel:  (212) 248-3140
Fax:  (212) 248-3141
Michael.Pompeo@dbr.com
Brian.Morgan@dbr.com

*Counsel to the Debtors*
*and Debtors in Possession*

121354154.1