## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAIT FUNDING, LLC,<br>a Delaware limited liability company, *et al.*[1] | Case No. 19-11915 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 216** |

### NOTICE OF AD HOC COMMITTEE OF HOLDERS OF PREFERRED EQUITY'S WITHDRAWAL OF MOTION TO TERMINATE THE DEBTORS' EXCLUSIVE PERIOD TO PROPOSE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

The Ad Hoc Committee of Holders of Preferred Equity (the "**Ad Hoc Committee**")

Issued by RAIT Financial Trust withdraws Docket No. 216, *Motion of the Ad Hoc Committee of*

*Preferred Equity Security Holders of Rait Financial Trust to Terminate the Debtors' Exclusive*

*Period to Propose and Solicit Acceptances of a Plan of Reorganization..*

DATED:  December 11, 2019

Respectfully submitted,

  */s/Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE   19801
Phone: (302) 425-3310
Fax:    (610) 371-7972
Email: *jhh@stevenslee.com*

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable), are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870).

1

Nicholas F. Kajon*
Constantine D. Pourakis*
Andreas D. Milliaressis*
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Email: nfk/adm/cp@stevenslee.com
* *Admission pro hac vice pending*

*Counsel to the Ad Hoc Committee of Holders of
Preferred Equity Issued by RAIT Financial Trust*

SL1 1618732v1 113993.00001

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on December 11, 2019, he caused a true copy of the foregoing *Notice of Ad Hoc Committee of Holders of Preferred Equity Withdrawal of Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization* to be served electronically upon all parties in interest registered to receive notice through the Court's CM/ECF System.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)

3