# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAIT FUNDING, LLC,<br>a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11915 (BLS)<br>(Jointly Administered) |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2019 AT 9:30 A.M. (ET)

I. **RESOLVED AND/OR CONTINUED MATTERS:**

1. Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause [Docket No. 85; filed 9/27/19]

    Response Deadline: October 11, 2019 at 4:00 p.m. (ET); Extended to November 13, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors; Extended to December 3, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

    Responses Received:

    A. Informal Response from the Official Committee of Unsecured Creditors

    B. United States Trustee's Objection to the Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause (D.I. 85) [Docket No. 228; filed 11/27/19]

    Related Documents    None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870). The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

[2] **Amended/Added agenda items are noted in bold.**

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for January 23, 2020 at 10:30 a.m.

2. Motion of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization [Docket No. 215; filed 11/21/19]

Response Deadline:    December 2, 2019 at 12:00 p.m. (ET);

Response Received:

A. J.H. Lane Partners, LP's Omnibus (A) Reply to the Objection to the Debtors' Motion for an Order Establishing Bidding Procedures and Approving the Sale of Substantially All of the Debtors' Assets, and (B) Objection to the Motions of the Ad Hoc Committee of Holders of Preferred Equity to Terminate Exclusivity and to Appoint an Official Committee of Equity Security Holders [Docket No. 234; filed 12/2/19]

B. Omnibus Response of the Official Committee of Unsecured Creditors in (I) Support of the Debtors' Motion to Sell Substantially All of Their Assets, (II) Opposition to the Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization, and (III) Opposition to the Motion to Appoint an Official Committee of Equity Security Holders [Docket No. 248; filed 12/3/19]

C. Debtors' Omnibus (I) Reply to Objections to the Sale Motion and (II) Objection to the *Ad Hoc* Equity Committee's Motions for (A) Termination of Exclusivity and (B) Appointment of an Official Equity Committee [Docket No. 249; filed 12/3/19]

D. Omnibus Reply of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust in Support of (I) Motion for Entry of an order Directing the United States Trustee of Appoint an Official Committee of Equity Security Holders and (II) Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization [DI 259; filed 12/4/19]

E. Debtors' Designation of the Deposition of Matthew Dundon with Respect to the Proposed Sale of the Debtors' Assets [Docket No. 260; filed 12/4/19]

F. Debtors' Counterdesignation of the Deposition of Alfred Dilmore with Respect to the Proposed Sale of the Debtors' Assets [Docket No. 261; filed 12/4/19]

Related Documents

A. Notice of Ad Hoc Committee of Holders of Preferred Equity's Withdrawal of Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization [Docket No. 274; filed 12/11/19]

121493247.1

Status: On December 11, 2019, the Movant filed a notice of withdrawal regarding this matter.

## II. CONTESTED MATTERS GOING FORWARD:

3. Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect Thereof, (V) Setting Confirmation Hearing and Related Deadlines and (VI) Granting Related Relief [Docket No. 192; filed 11/12/19]

   Response Deadline:     December 2, 2019 at 4:00 p.m. (ET)

   Responses Received:

   A. Informal Response from the Office of the United States Trustee

   B. Informal Response from the Official Committee of Unsecured Creditors

   C. Objection of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect Thereof, (V) Setting Confirmation Hearing and Related Deadlines and (VI) Granting Related Relief [Docket No. 236; filed 12/2/19]

   D. Informal Response from Wells Fargo Bank, National Association

   Related Documents

   A. Debtors' Joint Chapter 11 Plan [Docket No. 139; filed 10/14/19]

   B. Disclosure Statement for Debtors' Joint Chapter 11 Plan [Docket No. 140; filed 10/14/19]

   C. Notice of Hearing to Consider Approval of Proposed Disclosure Statement for Joint Chapter 11 Plan of Reorganization of RAIT Funding, LLC and Its Debtors Affiliates [Docket No. 170; filed 10/31/19]

   D. Notice of Filing of (I) Blacklines of the Plan and Disclosure Statement and (II) Exhibit C to the Disclosure Statement [Docket No. 252; filed 12/4/19

   E. **Notice of Filing of Blacklines of the Plan and Disclosure Statement [Docket No. 280; filed 12/12/19]**

   Status: **The objections have been resolved.** The hearing regarding this matter is

121493247.1

    going forward.

4. Motion of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust for Entry of an Order Directing the United States Trustee to Appoint an Official Committee of Equity Security Holders [Docket No. 216; filed 11/21/19]

   <u>Response Deadline</u>:    December 2, 2019 at 12:00 p.m. (ET);

   <u>Response Received</u>:

   A. J.H. Lane Partners, LP's Omnibus (A) Reply to the Objection to the Debtors' Motion for an Order Establishing Bidding Procedures and Approving the Sale of Substantially All of the Debtors' Assets, and (B) Objection to the Motions of the Ad Hoc Committee of Holders of Preferred Equity to Terminate Exclusivity and to Appoint an Official Committee of Equity Security Holders [Docket No. 234; filed 12/2/19]

   B. Omnibus Response of the Official Committee of Unsecured Creditors in (I) Support of the Debtors' Motion to Sell Substantially All of Their Assets, (II) Opposition to the Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization, and (III) Opposition to the Motion to Appoint an Official Committee of Equity Security Holders [Docket No. 248; filed 12/3/19]

   C. Debtors' Omnibus (I) Reply to Objections to the Sale Motion and (II) Objection to the *Ad Hoc* Equity Committee's Motions for (A) Termination of Exclusivity and (B) Appointment of an Official Equity Committee [Docket No. 249; filed 12/3/19]

   D. Omnibus Reply of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust in Support of (I) Motion for Entry of an order Directing the United States Trustee of Appoint an Official Committee of Equity Security Holders and (II) Motion to Terminate the Debtors' Exclusive Period to Propose and Solicit Acceptances of a Plan of Reorganization [DI 259; filed 12/4/19]

   E. Debtors' Designation of the Deposition of Matthew Dundon with Respect to the Proposed Sale of the Debtors' Assets [Docket No. 260; filed 12/4/19]

   F. Debtors' Counterdesignation of the Deposition of Alfred Dilmore with Respect to the Proposed Sale of the Debtors' Assets [Docket No. 261; filed 12/4/19]

   G. The Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust Designation of the Deposition of Alfred Dilmore with Respect to the Proposed Sale of the Debtors' Assets [Docket No. 247; filed 12/3/19]

   H. Supplemental Statement in Further Support of Motion of the Ad Hoc Committee of Preferred Equity Security Holders of RAIT Financial Trust for Entry of an Order Directing the United States Trustee to Appoint an Official Committee of Equity Security Holders [Docket No. 276; filed 12/11/19]

121493247.1

<u>Related Documents</u>    None.

<u>Status</u>:  The hearing regarding this matter is going forward.

| | |
|---|---|
| Dated: December 12, 2019<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:  (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@dbr.com<br>Joseph.Argentina@dbr.com<br><br>-and-<br><br>Michael P. Pompeo (admitted *pro hac vice*)<br>Brian P. Morgan (admitted *pro hac vice*)<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Tel:  (212) 248-3140<br>Fax:  (212) 248-3141<br>Michael.Pompeo@dbr.com<br>Brian.Morgan@dbr.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |