# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAIT FUNDING, LLC, a Delaware limited liability company, *et al.*,[1] | Case No. 19-11915 (BLS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 29, 2020 AT 12:00 P.M. (ET)

### I. CONTINUED/RESOLVED MATTERS:

1. Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause [Docket No. 85; filed 9/27/19]

   Response Deadline: October 11, 2019 at 4:00 p.m. (ET); Extended to November 13, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors; Extended to December 3, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

   Responses Received:

   A. Informal Response from the Official Committee of Unsecured Creditors

   B. United States Trustee's Objection to the Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause (D.I. 85) [Docket No. 228; filed 11/27/19]

   Related Documents      None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870). The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for February 26, 2020 at 10:30 a.m.

2. Debtors' Motion for Order Extending the Time to Assume or Reject Unexpired Lease of Non-Residential Real Property [Docket No. 292; filed 12/17/19]

   Response Deadline:     January 2, 2020 at 4:00 p.m. (ET)

   Responses Received:    None

   Related Documents

   A. Certificate of No Objection Regarding Debtors' Motion for Order Extending the Time to Assume or Reject Unexpired Lease of Non-Residential Real Property [Docket No. 364; filed 1/23/20]

   B. Order Extending the Time to Assume or Reject Unexpired Lease of Non-Residential Real Property [Docket No. 369; filed 1/24/20]

   Status: On January 24, 2020, the Court entered an order in connection with this matter. Accordingly, no hearing is necessary.

3. Debtors' Motion for Order Authorizing and Approving Expense Allocation and Services Agreement Between RAIT Financial Trust and Taberna Realty Finance Trust, *Nunc Pro Tunc* to December 17, 2019 [Docket No. 305; filed 12/24/19]

   Response Deadline:     January 6, 2020 at 4:00 p.m. (ET)

   Responses Received:    Informal Response from the Official Committee of Unsecured Creditors

   Related Documents

   A. Certification of Counsel Regarding Debtors' Motion for Order Authorizing and Approving Expense Allocation and Services Agreement Between RAIT Financial Trust and Taberna Realty Finance Trust, *Nunc Pro Tunc* to December 17, 2019 [Docket No. 366; filed 1/23/20]

   B. Order Authorizing and Approving Expense Allocation and Services Agreement Between RAIT Financial Trust and Taberna Realty Finance Trust, *Nunc Pro Tunc* to December 17, 2019 [Docket No. 370; filed 1/24/20]

   Status: On January 24, 2020, the Court entered an order in connection with this matter. Accordingly, no hearing is necessary.

II. **PLAN CONFIRMATION:**

4. Debtors' Joint Chapter 11 Plan [Docket No. 139; filed 10/14/19]

| | |
|---|---|
| Response Deadline: | January 17, 2020 at 4:00 p.m. (ET); Extended to January 21, 2020 at 4:00 p.m. (ET) for the Office of the United States Trustee; Extended to January 23, 2020 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors; Extended to January 24, 2020 at 4:00 p.m. (ET) for the Internal Revenue Service; Extended to January 23, 2020 at 12:00 p.m. for CF RFP Holdings LLC. |

Responses/Objections Received:

A. Informal Response from the Office of the United States Trustee

   **Status:** Resolved, subject to the remaining issue in the filed objection.

B. Informal Response from the Official Committee of Unsecured Creditors

   **Status:** Resolved.

C. Letter to The Honorable Brendan L. Shannon from Jimmy W. Key [Docket No. 332; filed 1/13/20]

   **Status:** This objection is going forward.

D. Limited Objection of Harvest Equities, Inc. and Its Affiliates, to Confirmation of the Debtors' Joint Chapter 11 Plan [Docket No. 334; filed 1/15/20]

   **Status:** Resolved with language in the confirmation order.

E. The United States Trustee's Objection to the Debtors Joint Chapter 11 Plan (D.I. 139, 280, 294) [Docket No. 338; filed 1/21/20]

   **Status:** This objection is going forward.

F. Objections to Plan of Reorganization filed by James R. MacAyeal [Docket No. 348; filed 1/22/20]

   **Status:** This objection is going forward.

G. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Joint Chapter 11 Plan [Docket No. 362; filed 1/22/20]

Related Documents

A. Disclosure Statement for Debtors' Joint Chapter 11 Plan [Docket No. 140; filed 10/14/19]

B. Order Granting Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and

Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect Thereof, (V) Setting Confirmation Hearing and Related Deadlines and (VI) Granting Related Relief [Docket No. 291; filed 12/17/19]

C. Notice of (I) Approval of Disclosure Statement; (II) Hearing to Consider Confirmation of the Plan; (III) Deadline for Filing Objections to Confirmation of the Plan; and (IV) Deadline for Voting on the Plan [Docket No. 293]

D. Debtors' Joint Chapter 11 Plan (Solicitation Version) [Docket No. 294; filed 12/17/19]

E. Disclosure Statement for Debtors' Joint Chapter 11 Plan (Solicitation Version) [Docket No. 295; filed 12/17/19]

F. Notice of Filing Plan Supplement [Docket No. 323; filed 1/10/20]

G. Notice of Rescheduled Time of Omnibus Hearing [Docket No. 365; filed 1/23/20]

H. Declaration of Joseph Arena on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Debtors' Joint Chapter 11 Plan [Docket No. 367; filed 1/24/20]

I. Affidavit of Publication of the Notice of (I) Order Approving the Disclosure Statement, Solicitation Procedures, and Forms of Solicitation Materials, and (II) Hearing and Objection Procedures for Confirmation of the Plan in *USA Today* [Docket No. 368; filed 1/24/20]

J. Memorandum of Law in Support of Confirmation of the Debtors' Chapter 11 Plan [Docket No. 376; filed 1/24/20]

K. Notice of Filing of Findings of Fact, Conclusion of Law, and Order Confirming the Debtors' Joint Chapter 11 Plan [Docket No. 377; filed 1/27/20]

L. [Declaration of John J. Reyle in Support of Confirmation of the Debtors' Joint Chapter 11 Plan] [To be Filed]

M. [Declaration of Lyle Bauck in Support of Confirmation of the Debtors' Joint Chapter 11 Plan] [To be Filed]

Status:  The hearing regarding this matter is going forward.

III. **FINAL FEE APPLICATION:**

5. First and Final Fee Application of UBS Securities LLC as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for Reimbursement of All Expenses Incurred for the Period from August 30, 2019 through December 31, 2019 [Docket No. 320; filed 1/8/20]

4

121781905.1

Response Deadline: January 23, 2020 at 4:00 p.m. (ET);

Response Received:

A. Fee Examiner's Final Report Regarding Final Fee Application of UBS Securities LLC [Docket No. 374; filed 1/24/20]

Related Documents

A. Notice of Supplement to First and Final Fee Application of UBS Securities LLC as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for Reimbursement of All Expenses Incurred for the Period from August 30, 2019 through December 31, 2019 [Docket No. 378; filed 1/27/20]

Status: The Debtors will file a certification of counsel with proposed order prior to the hearing. Otherwise, the hearing regarding this matter is going forward.

Dated: January 27, 2020
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

-and-

Michael P. Pompeo (admitted *pro hac vice*)
Brian P. Morgan (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Tel: (212) 248-3140
Fax: (212) 248-3141
Michael.Pompeo@dbr.com
Brian.Morgan@dbr.com

*Counsel to the Debtors
and Debtors in Possession*

121781905.1